

United States District Court
Middle District of Florida
80 North Hughey Avenue
Orlando, Florida 32801

Gregory A. Presnell
United States District Judge

407/835-4301

May 24, 2004

The Honorable Mary M. Lisi
Chair, Comittee on Financial Disclosure
Judicial Conf. of the United States
One Columbus Circle, NE
Washington, DC 20544

Re:    Amendment Calendar Year 2003 Filing

Dear Judge Lisi:

Pursuant to your letter of May 13, 2004, this responds to your inquiry and constitutes an amendment to my 2003 Disclosure Statement.

Part I, Line 1 ████████████████████████████

Park IV, Line 1: American College of Trial Lawyers, Orlando, FL

Part VII, p. 9, Line 152: Col. B (1)-A
                                    (2)-Dividend

p. 8, Line 128: Delete Col. C (1) and (2)

p. 10, Line 175, Col. D (3)-J

p. 11, Line 185, Col. D (3)-J
          186, Col. D (3)-K
          187, Col. D (3)-J

Sincerely

Gregory A. Presnell

GAP/tkw

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Presnell, Gregory A | Middle Dist./FL, Orlando Div. | 3/26/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |

| 7. Chambers or Office Address<br><br>80 North Hughey Avenue<br><br>Orlando, FL 32801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    President | Residential Homeowners Association |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.    Nov.2000 | Akerman, Senterfitt & Eidson, P.A.—payment of Capital and Retirement benefit over period of three years, ending November, 2003 |

RECEIVED
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Akerman, Senterfitt & Eidson, P.A. | 54,900 |
| 2. | | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Akerman, Senterfitt & Eidson firm income |

## IV. REIMBURSEMENTS  -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ACTL | Annual Florida Dinner, 6/27/03 (Food) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.).

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   SunTrust Bank Account #1 | A | Interest | K | T | | | | | |
| 2.   SunTrust Bank Account #2 | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4.   Brokerage Account  (ML) | | | | | | | | | |
| 5.   Money Market Account | A | Interest | | | Sell | 3/24 | K | | |
| 6. | | | | | | | | | |
| 7.   Brokerage Account  (MS-GP) | | | | | | | | | |
| 8.   Nuveen Mun. Value Fund | B | Interest | K | T | | | | | |
| 9.   Liquid Asset Fund | A | Dividend | K | T | | | | | |
| 10.  MSDW Growth Fund | | None | J | T | | | | | |
| 11.  MSDW Info. Fund | | None | J | T | | | | | |
| 12.  MSDW High Tech 35 Index | A | Dividend | | | Sell | 4/4 | J | | |
| 13.  MSDW Europe Growth Fund | A | Dividend | J | T | | | | | |
| 14.  MSDW Amer. Opp. Fund | | None | | | Sell | 5/29 | J | | |
| 15.  MSDW Div. Growth Fund | A | Dividend | J | T | | | | | |
| 16.  Real Estate Fund | A | Dividend | J | T | | | | | |
| 17.  Cape Coral Bd. | A | Interest | J | T | Buy | 7/8 | J | | |
| 18.  Quality Income Tr. | A | Interest | J | T | Buy | 4/30 | J | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. US Treas Bd. | | None | J | T | Buy | 8/26 | K | | |
| 20. | | | | | | | | | |
| 21. Brokerage Account (MS-CB) | | | | | | | | | |
| 22. Nuveen Mun. Value Fund | A | Dividend | J | T | | | | | |
| 23. MSDW Hi-Tech 35 Index | A | Dividend | | | Sell | 4/4 | J | | |
| 24. Liquid Asset Fund | A | Dividend | L | T | | | | | |
| 25. Putnam Investors Fund | A | Dividend | | | Sell | 11/10 | J | | |
| 26. MSDW Growth Fund | A | Dividend | J | T | Part Sell | 6/26 | J | | |
| 27. MSDW Global Div. Gr. | A | Dividend | J | T | Part Sell | 6/26 | J | | |
| 28. MSDW Amer. Opp. Fund | A | Dividend | | | Sell | 6/26 | J | | |
| 29. MSDW Div. Gr. Fund | A | Dividend | J | T | | | | | |
| 30. Quality Inc. Turst (f/k/a Inter. Income Fund) | A | Dividend | J | T | | | | | |
| 31. Putnam U.S. Gov't | A | Dividend | J | T | | | | | |
| 32. U.S. Gov't Sec. | A | Dividend | J | T | | | | | |
| 33. Amex S&P 500 | A | Dividend | J | T | Buy | 7/14 | J | | |
| 34. I Shares Russell 2000 Gr. | A | Dividend | J | T | Buy | 7/14 | J | | |
| 35. I Shares Russell 1000 Gr | A | Dividend | J | T | Buy | 7/14 | J | | |
| 36. I Shares Russell 1000 Val | A | Dividend | J | T | Buy | 7/14 | J | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                          P3 = $25,000,001-$50,000,000                          P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
(See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Broward Co. W&S Bd. | | Interest | J | T | Buy | 7/14 | J | | |
| 38. Alliance Berger Muni-Fl | A | Dividend | J | T | Buy | 7/7 | J | | |
| 39. Franklin Real Estate | A | Dividend | J | T | Buy | 7/7 | J | | |
| 40. Pimco Sm. Val. | A | Dividend | J | T | Buy | 7/7 | J | | |
| 41. Putnam US Gov't | A | Dividend | J | T | Buy | 5/20 | J | | |
| 42. Templeton Foreign Fd. | A | Dividend | J | T | Buy | 7/7 | J | | |
| 43. | | | | | | | | | |
| 44. STI Tax Exempt Bd. Fund | B | Dividend | L | T | | | | | |
| 45. Thrift Savings Plan, See Note 1, Sec. VIII | B | Dividend | K | T | | | | | |
| 46. | | | | | | | | | |
| 47. Vanguard Account (GP) | | | | | | | | | |
| 48. Prime MM Fund | A | Dividend | J | T | | | | | |
| 49. Total Bond Mkt. | B | Dividend | K | T | Part Sell | 8/12 | K | A | |
| 50. Fl. Tax Exempt | A | Dividend | K | T | | | | | |
| 51. Tax-Managed Bal. Fd. | A | Dividend | K | T | | | | | |
| 52. Asset Allocation Fd. | A | Dividend | K | T | | | | | |
| 53. Euro Stock Index | A | Dividend | J | T | | | | | |
| 54. Heath Care | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:       J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000       P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal       R = Cost (Real Estate Only)   S = Assessment       T = Cash/Market
   (See Column C2)           U = Book Value       V = Other                     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Extended Market | A | Dividend | K | T | | | | | |
| 56. Pacific Stock Index | A | Dividend | J | T | | | | | |
| 57. REIT Index | B | Dividend | K | T | | | | | |
| 58. Sm. Cap. Index | A | Dividend | K | T | | | | | |
| 59. Tax-Managed G&I | A | Dividend | K | T | | | | | |
| 60. Tax-Managed Inter'l | A | Dividend | J | T | | | | | |
| 61. Windsor II | A | Dividend | K | T | | | | | |
| 62. GNMA Fund | A | Dividend | J | T | Buy | 8/12 | J | | |
| 63. Inter-Term Bd. Index | A | Dividend | J | T | Buy | 8/12 | J | | |
| 64. Short-Term Bd. Index | A | Dividend | J | T | Buy | 8/12 | J | | |
| 65. Strategic Equity Fd. | A | Dividend | K | T | Buy | 8/12 | K | | |
| 66. Emerging Mkt. Stock Index | A | Dividend | J | T | Buy | 8/12 | J | | |
| 67. | | | | | | | | | |
| 68. Vanguard Acct-JT | | | | | | | | | |
| 69. Mid-Cap | A | Dividend | J | T | Part Sell | 11/14 | K | D | |
| 70. Prime MM Fd. | A | Dividend | J | T | Buy | 11/14 | J | | |
| 71. GNMA Fund | A | Dividend | J | T | Buy | 11/14 | J | | |
| 72. Emerging Mkts Stock Index | A | Dividend | J | T | Buy | 11/14 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcation (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Equity Income Fd. | A | Dividend | J | T | Buy | 11/14 | J | | |
| 74. Global Equity Fd. | A | Dividend | J | T | Buy | 11/14 | J | | |
| 75. 500 Index Fd. | A | Dividend | J | T | Buy | 11/14 | J | | |
| 76. REIT Index Fd. | A | Dividend | J | T | Buy | 11/14 | J | | |
| 77. Sm. Cap. Index Fd. | A | Dividend | J | T | Buy | 11/14 | J | | |
| 78. Total Stock Mkt. Index | A | Dividend | J | T | Buy | 11/14 | J | | |
| 79. Windsor II Fd. | A | Dividend | J | T | Buy | 11/14 | J | | |
| 80. | | | | | | | | | |
| 81. Vanguard Annuity | | | | | | | | | |
| 82. Money Market | | None | J | T | | | | | |
| 83. Total Bond Market | | None | J | T | Buy | 11/24 | J | | |
| 84. Short Term Corp. | | None | J | T | | | | | |
| 85. Balanced | | None | J | T | Buy | 11/24 | J | | |
| 86. Diversified Value | | None | J | T | Buy | 11/24 | J | | |
| 87. Equity Income | | None | J | T | Buy | 11/24 | J | | |
| 88. Equity Index | | None | J | T | Buy | 11/24 | J | | |
| 89. Growth | | None | J | T | | | | | |
| 90. Mid-Cap Index | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. REIT Index | | None | J | T | Buy | 11/24 | J | | |
| 92. Small Co. Growth | | None | J | T | | | | | |
| 93. International | | None | J | T | | | | | |
| 94. | | | | | | | | | |
| 95. ▮▮▮ Trust (Inc. Beneficiary) | B | Dividend | L | T | | | | | |
| 96. Boggy Creek Ltd. Orange County, Florida | A | Interest | K | W | Part Sell | 9/15 | K | D | |
| 97. Jetport Ltd., Orange County, Florida | | None | M | W | | | | | |
| 98. Wetherbee Ltd., Orange County, Florida | | None | M | W | | | | | |
| 99. Airport Industrial, Ltd., Orange County, Florida | | None | M | W | | | | | |
| 100. | | | | | | | | | |
| 101. Akerman, Senterfitt & Eidson, P.A., stock | B | Interest | | | Sell | 11/1 | J | | AS&E Redeem |
| 102. | | | | | | | | | |
| 103. IRA (MS-CB) | | | | | | | | | |
| 104. MSDW Growth Fund | | None | J | T | Part Sell | 6/26 | J | | |
| 105. MSDW Global Div. Growth Fund | A | Dividend | J | T | Part Sell | 5/1 | J | | |
| 106. MSDW Information Fund | | None | | | Sell | 6/26 | J | | |
| 107. MSDW Mid-Cap Equity | | None | | | Sell | 1/5 | J | | |
| 108. MSDW Hi Yield | A | Dividend | J | T | Part Sell | 4/30 | J | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. MSDW Global Advantage Fd., See Note 2 | | None | J | T | Part Sell | 5/1 | J | | |
| 110. MSDW U.S. Government Securities | A | Dividend | K | T | | | | | |
| 111. MSDW European Growth | A | Dividend | J | T | Part Sell | 6/26 | J | | |
| 112. MSDW American Opp. Fund | | None | | | Sell | 6/26 | J | | |
| 113. MSDW Div. Growth | A | Dividend | J | T | Part Sell | 6/26 | J | | |
| 114. Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 115. Real Estate Fund | A | Dividend | J | T | Part Sell | 4/30 | J | | |
| 116. Amex S&P 500 | A | Dividend | J | T | Buy | 7/1 | J | | |
| 117. I Shares MSCI | A | Dividend | J | T | Buy | 7/1 | J | | |
| 118. I Shares Russell 1000 Gr. | A | Dividend | J | T | Buy | 7/1 | J | | |
| 119. I Shares Russell 1000 Val. | A | Dividend | J | T | Buy | 7/1 | J | | |
| 120. I Shares Russell 2000 Index | | None | J | T | Buy | 7/1 | J | | |
| 121. Pimco High Yield | A | Dividend | J | T | Buy | 7/2 | J | | |
| 122. Pimco Total Return | A | Dividend | J | T | Buy | 7/2 | J | | |
| 123. Putnam Int'l Gr. | A | Dividend | J | T | Buy | 7/2/ | J | | |
| 124. | | | | | | | | | |
| 125. IRA (NFS-GP) | | | | | | | | | |
| 126. Franklin Mtg Portfolio | D | Dividend | M | T | Part Sell | 6/3 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 127. Royce Low Price Fund | A | Dividend | | | Sell | 5/30 | K | | |
| 128. SEI Large Cap. Growth | | None | J | T | Sell | 5/30 | J | | |
| 129. SEI Small Cap. Growth | | None | | | Sell | 5/30 | K | | |
| 130. SEI International Equity | A | Dividend | | | Sell | 5/30 | L | | |
| 131. Sel. Amer. Shares | A | Dividend | | | Sell | 5/30 | M | | |
| 132. Torray Fund | A | Dividend | L | T | | | | | |
| 133. Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 134. Fidelity Real Estate | B | Dividend | L | T | Part Sell | 5/30 | J | | |
| 135. Clipper | A | Dividend | L | T | | | | | |
| 136. Security Cap. RE | C | Dividend | L | T | | | | | |
| 137. Wilshire Lg. Gr. | A | Dividend | M | T | | | | | |
| 138. SEI Daily Inc. | B | Dividend | | | Sell | 5/30 | M | | |
| 139. Dreyfus Emer. Mkt. | A | Dividend | K | T | Buy | 6/3 | K | | |
| 140. Neuberger | B | Dividend | K | T | Buy | 5/30 | K | | |
| 141. Harbor Int'l | B | Dividend | L | T | Buy | 5/30 | K | | |
| 142. I Shares Russell 1000 Val. | A | Dividend | K | T | Buy | 5/30 | K | | |
| 143. Pimco Emerg. Mkts. Bd. | B | Dividend | K | T | Buy | 6/3 | K | | |
| 144. T. Rowe Price Int'l Bd. | A | Dividend | K | T | Buy | 5/30 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Presnell, Gregory A | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 145. | Royce Total Return | A | Dividend | K | T | Buy | 5/30 | K | | |
| 146. | SEI High Yield | B | Dividend | K | T | Buy | 5/30 | K | | |
| 147. | US Treas. | A | Interest | L | T | Buy | 5/30 | L | | |
| 148. | US Treas. | B | Interest | L | T | Buy | 5/30 | L | | |
| 149. | US Treas. | B | Interest | K | T | Buy | 5/30 | K | | |
| 150. | US Treas. | B | Interest | K | T | Buy | 5/30 | K | | |
| 151. | Vanguard Explorer | A | Dividend | K | T | Buy | 5/30 | K | | |
| 152. | Wilshire Lg. Gr. | | | J | T | Buy | 5/30 | J | | |
| 153. | | | | | | | | | | |
| 154. | AS&E PS Acct. (CB) | | | | | | | | | |
| 155. | Montag & Caldwell Growth Fund | A | Dividend | K | T | | | | | |
| 156. | Putnam Int'l Growth Fund | A | Dividend | J | T | | | | | |
| 157. | SunTrust Stable Asset Fund | A | Dividend | J | T | | | | | |
| 158. | Templeton Inst. for Eq. | A | Dividend | J | T | | | | | |
| 159. | T. Row Price Mid. Cap. | A | Dividend | K | T | | | | | |
| 160. | Franklin Sm. Cap. Growth | A | Dividend | K | T | | | | | |
| 161. | Dreyfus Mid Cap | A | Dividend | K | T | | | | | |
| 162. | Franklin Bal Sheet | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:     A  = $1,000 or less     B  = $1,001-$2,500     C  = $2,501-$5,000     D  = $5,001-$15,000     E  = $15,001-$50,000
   (See Columns B1 and D4)     F  = $50,001-$100,000     G  = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J  = $15,000 or less     K  = $15,001-$50,000     L  = $50,001-$100,000     M  = $100,001-$250,000
   (See Columns C1 and D3)     N  = $250,000-$500,000     O  = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes:     Q  = Appraisal     R  = Cost (Real Estate Only)     S  = Assessment     T  = Cash/Market
   (See Column C2)     U  = Book Value     V  = Other     W  = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Presnell, Gregory A | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 163. MFS Val. Fund | B | Dividend | K | T | | | | | |
| 164. Pimco Total Return | B | Dividend | L | T | | | | | |
| 165. Oppenheimer Dev. Mkt. | A | Dividend | J | T | Buy | 7/17 | J | | |
| 166. | | | | | | | | | |
| 167. NFS (JT), See Note 3 | | | | | | | | | |
| 168. Fidelity US Gov't Reserves (Cash) | A | Dividend | L | T | | | | | |
| 169. Dade County Bond | A | Interest | K | T | | | | | |
| 170. West Palm Beach Bond | A | Interest | J | T | | | | | |
| 171. Hillsborough County Bond | A | Interest | J | T | | | | | |
| 172. Torray Fund | A | Dividend | J | T | | | | | |
| 173. Scudder Gr. Europe Gr | A | Dividend | | | Sell | 11/05 | J | | |
| 174. SEI Sm. Cap. | A | Dividend | J | T | | | | | |
| 175. South Broward Hosp. Bd. | A | Interest | J | T | Buy | 9/25 | | | |
| 176. | | | | | | | | | |
| 177. I Shares Russell 100 Val | A | Dividend | K | T | Buy | 11/10 | J | | |
| 178. I Shares Russell 1000 Gr. | A | Dividend | K | T | | | | | |
| 179. NASDAQ 100 | A | Dividend | J | T | | | | | |
| 180. Miami Dade Bond | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| Presnell, Gregory A | | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. Royce Low Price | A | Dividend | J | T | | | | | |
| 182. Scudder Gr Europe | A | Dividend | J | T | | | | | |
| 183. Sel Amer. Shares | A | Dividend | | | Sell | 11/05 | J | | |
| 184. Fidelity R.E. | A | Dividend | J | T | | | | | |
| 185. Dreyfus Emer. Mkt. | A | Dividend | J | T | Buy | 7/1 | | | |
| 186. Harbor Int'l | A | Dividend | K | T | Buy | 11/5 | | | |
| 187. 1 Shares Cohen & Steers | A | Dividend | J | T | Buy | 7/1 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Note 1.   I inadvertently failed to include this on prior reports.  I began contributing to this plan in 2001.

Note 2.   Name changed to Global Advantage Fund.

Note 3.   The NFS Account #2 was merged into this account on 5/28

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Presnell, Gregory A | 3/26/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date ___4/13/04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544